IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOGAN CHENEY,

    Petitioner,

vs.                                         No. CIV 18-0218 JB\CG

BETTY JUDD, *Warden,* and
ATTORNEY GENERAL OF
THE STATE OF NEW MEXICO

    Respondents.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order, filed November 27, 2019 (Doc. 14)("MOO"). In the MOO, the Court dismisses without prejudice Cheney's Amended Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus by a Person in State Custody, filed April 16, 2018 (Doc. 8)("Amended Habeas Petition"). See MOO at 11. Because the Court dismisses the Amended Habeas Petition, the Court now enters final judgment in this matter pursuant to rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that: (i) Petitioner Logan Cheney's Amended Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus by a Person in State Custody, filed April 16, 2018 (Doc. 8), is dismissed without prejudice; and (ii) Final Judgment is entered.

 

_____
UNITED STATES DISTRICT JUDGE

*Parties:*

Logan Cheney
Northwest New Mexico Correctional Center
Grants, New Mexico

    *Petitioner pro se*